# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.

v.                                    Hon.

EVANGELINE HILL,

        Defendant.
_____/

## **COMPLAINT**

Plaintiff, United States of America, by its attorneys, DAWN N. ISON, United States Attorney, and JACQUELINE M. HOTZ, Assistant United States Attorney, both for the Eastern District of Michigan, and for its complaint against EVANGELINE HILL, states as follows:

1. This is a civil action brought on behalf of the United States of America, and the Court has jurisdiction over this action by virtue of 28 U.S.C. §1345.

2. Defendant resides within the jurisdiction of this Court.

3. Defendant became indebted to Plaintiff in the amount of $48,972.00.

4. Defendant has executed an Agreement for Pretrial Diversion ("Agreement") to satisfy this debt. A copy of the Agreement is attached hereto as (Exhibit A).

5. A fully executed Consent Judgment is being lodged with the Court

contemporaneously with filing of this complaint.

6. Defendant has waived notice of entry of the judgment.

WHEREFORE, Plaintiff, United States of America, seeks judgment against Defendant, EVANGELINE HILL for $48,972.00 as of March 28, 2022, plus interest from the date of judgment at the legal rate in effect on such date, and any other relief deemed appropriate by the Court.

    Respectfully submitted,

    DAWN N. ISON
    United States Attorney

By: *s/Jacqueline M. Hotz*
    JACQUELINE M. HOTZ
    Assistant U.S. Attorney
    211 W. Fort St., Ste. 2001
    Detroit, Michigan 48226
    Phone: (313) 226-9108
    E-mail: Jackie.Hotz@usdoj.gov

Dated: March 28, 2022    MI Bar No. P35219